```
              IN THE UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF FLORIDA

              CASE NO.: 10-CV-60052-COHN-SELTZER
```

TOWER INSURANCE COMPANY
OF NEW YORK,

    Petitioner,
vs.

RAINBOW GRANITE & MARBLE,
INC., a Florida Corporation,
PEDRO OLIVEIRA and SANDRA CORRA,
    Respondents.
_____/

<u>RESPONDENTS', PEDRO OLIVEIRA AND SANDRA CORRA'S ANSWER TO
PLAINTIFF'S PETITION FOR DECLARATORY RELIEF</u>

Respondents, PEDRO OLIVEIRA and SANDRA CORRA, by and through the undersigned attorneys, hereby files this their Answer to Plaintiff's Petition for Declaratory Relief as follows:

1. Admitted.

2. Admitted.

3. Respondents are without knowledge or information sufficient to form a belief as to this allegation and therefore deny.

4. Admitted.

5. Admitted.

6. Admitted.

7. Respondents are without knowledge or information sufficient to form a belief as to this allegation and therefore deny.

```
Tower Insurance v. Rainbow Granite & Marble and Oliveira and
Corra
CASE NO.: 10-CV-60052-COHN-SELTZER
Respondents' Answer to Plaintiff's Petition for Declaratory
Relief
Page 2
```

8. Admitted that the incident giving rise to this claim occurred at 1970 NW 22nd Street, Pompano Beach, Florida. Denied as to the additional allegations.

9. Respondents are without knowledge or information sufficient to form a belief as to this allegation and therefore deny.

10. Admitted.

11. Admitted.

12. Denied.

13. Admitted TOWER seeks a determination.

14. Admitted.

15. Denied.

16. Admitted.

17. Admitted TOWER seeks such determinations. Denied TOWER is entitled to such determinations.

18. Respondents are without knowledge or information sufficient to form a belief as to this allegation and therefore deny.

19. Respondents are without knowledge or information sufficient to form a belief to this allegation and therefore deny.

20. No response required.

21. Denied.

Tower Insurance v. Rainbow Granite & Marble and Oliveira and Corra
CASE NO.: 10-CV-60052-COHN-SELTZER
Respondents' Answer to Plaintiff's Petition for Declaratory Relief
Page 3

### AFFIRMATIVE DEFENSE

22. At all times material hereto, PEDRO OLIVEIRA was an independent contractor of RAINBOW GRANITE & MARBLE, INC., and therefore Pedro Olivera's and Sandra Corra's claims for injuries and damages against Rainbow Granite & Marble are covered under the terms and conditions of the Tower Insurance Company insurance policy.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of May, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the entities listed on the service list.

> KOGAN & DiSALVO, P.A.
> Attorneys for Plaintiff
> 3615 W. Boynton Beach Blvd.
> Boynton Beach, FL 33436
> Telephone: (561) 375-9500
> Facsimile: (561) 374-7898
>
> By:/s/ *Darryl B. Kogan*
>  DARRYL B. KOGAN, ESQ.
>  Florida Bar Number 0380180
>  dbkogan@kogan-disalvo.com

**SERVICE LIST**

Jack Frost, Esquire, Green, Ackerman & Frost, P.A.,
1200 N. Federal Highway, Suite 301, Boca Raton, FL 33432

Wayne Schwartz, Esquire, Lee & Amtzis, P.L.,
5550 Glades Road, Suite 401, Boca Raton, Florida 33431

W:\5832\Dec Action\answer.petition.wpd